IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

DAVID M. MAHER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,

    Defendant.

Case No. CIV-14-112-RAW-KEW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On May 11, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 9th day of June, 2015.

**Dated this 9th day of June, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma